# EXHIBIT D



**KEITH GRADY, PARTNER**
KEITH.GRADY@KEANMILLER.COM
*PRACTICE LIMITED TO FEDERAL INTELLECTUAL
PROPERTY LAW; NOT LICENSED IN LOUISIANA.

January 28, 2026

**VIA EMAIL**
**carlos@securitize.io**
Carlos Domingo
Chief Executive Officer
Securitize, Inc.
100 Pine Street Suite 125
San Francisco, CA 94111

*Re: Liquid Rarity Exchange - Securitize Patent Letter – Notice of Infringement*

Dear Mr. Domingo,

Thank you for your response and for reviewing the two patents. We appreciate your request for additional detail.

In response, we are providing **EXHIBIT A**, which contains claim charts mapping each asserted claim limitation of U.S. Patent Nos. 10,825,090 and 8,015,069 to specific Securitize platform functionality and conduct. The claim charts are based on publicly available materials and Securitize's own disclosures, and third-party reporting. The claim charts and evidence is subject to change as further information is uncovered.

As reflected in EXHIBIT A, Securitize operates a virtual, network-based platform that enables the issuance, visualization, management, and trading of fractionalized ownership interests in real world assets over a global computer network. Certain Securitize website materials and public statements describe platform capabilities that Securitize performs, enables, or materially contributes to, including digital asset representations, ownership management, and trading functionality. These materials are cited in the attached claim charts.

With respect to the '069 patent, the claim charts further address Securitize's activities relating to tangible assets, including fine art, and reference Securitize supported art related offerings as examples of conduct falling within the scope of the asserted claims.

**This letter and the attached claim charts place Securitize on notice of the asserted infringement and constitute a material threat to Securitize.** Absent a substantive response addressing the claim charts and the identified conduct within 14 days, our client intends to proceed with filing a complaint to enforce its intellectual property rights.

January 28, 2026
Page 2


Our client remains open to a commercially constructive path forward and would prefer to resolve this matter without litigation or public escalation. We would welcome the opportunity to discuss the claim charts and any questions you or your counsel may have.

Please let us know a convenient time to continue the discussion.

Sincerely,

**Keith J. Grady**
Partner, Kean Miller LLP
Intellectual Property and Technology Law

# EXHIBIT A
# CLAIM CHARTS

## to January 28, 2026 letter

4926-7712-7563 v1

**U.S. PATENT NO. 10,825,090— INFRINGEMENT CLAIM CHART**

**'090  CLAIM 1 — Claim Chart**

| Claim 1 Limitation | Securitize Infringement Mapping | Evidence / Citation |
|---|---|---|
| Preamble: "A virtual merchandising mart comprising a simulated trading center …" | The Securitize platform is a virtual merchandising mart expressly designed to serve as a simulated trading center for digital representations of assets, enabling issuers and investors to interact, transact, and exchange tokenized assets in a virtual environment rather than a physical marketplace. | https://securitize.io/ |
| | Securitize's own materials describe the platform as a comprehensive end-to-end trading and distribution environment, including issuance, asset servicing, onboarding, and secondary trading via a regulated ATS, which constitutes a simulated trading center. | PowerPoint Slide 4 (Investment Highlights); PowerPoint Slide 18  PPT LINK: <assets/d39b51a544e84e2fbb 2445f58c6c6f2c/efd85c0024 574edc9bb8fb0e44700a07> |
| "…wherein a virtual three-dimensional depiction of one or more rarity assets …" | Securitize expressly states that tokenization "brings global finance on-chain and enables digital representations of traditional investments." These digital representations are virtual depictions of real-world assets within the platform environment. Upon information and belief, such digital representations include three-dimensional visualizations consistent with industry practice and the claimed limitation.  Furthermore, the following screenshot demonstrates an investor-facing application interface in which the offering is presented | PowerPoint Slide 12 ("Brings global finance onchain and enables digital representations of traditional investments"); |

2

4926-7712-7563 v1

| | | |
|---|---|---|
| | together with a virtual gallery-style depictions of the underlying real-world asset. ). The depicted gallery view exhibits spatial composition and multiple viewpoints consistent with a digitally rendered or virtualized exhibition representation. This embodiment constitutes evidence that the platform provides virtualized visual renderings and related application-level presentation to enhance investor knowledge and diligence regarding RWAs offered and traded through the platform | |
|  | | |
| | Securitize is widely integrated with the digital asset ecosystem, including blockchains, custodians, DeFi protocols, and on-chain infrastructures that adopt visualization and representation of digital assets, including 3-D asset depictions.<br><br>Upon information and belief, Securitize and/or one or more of its integrated platform partners provide three-dimensional digital | PowerPoint Slides 12 and 21 |

3

| | | |
|---|---|---|
| | representations of assets. Securitize expressly states that tokenization "brings global finance onchain" and enables digital representations of traditional investments, and further discloses that its platform is widely integrated with the digital asset ecosystem, including public blockchains and institutional custodians. These integrations include various partners including: Ethereum, Fireblocks, Anchorage Digital, and other blockchain-native infrastructure providers that are capable of, and commonly used for, rendering, visualizing, and interacting with digital asset representations, including three-dimensional depictions. Accordingly, Securitize's platform, either directly or through its integrated partners, enables buyers and sellers to visualize rarity assets in virtual, three-dimensional form within the platform environment. | |
| "…of one or more rarity assets included in a raritymine …" | Securitize tokenizes and aggregates real-world assets (RWAs)—including equities, fixed income, private credit, alternative assets, and other non-fungible or scarce assets—into on-chain structures that function as digital asset repositories, equivalent to the claimed "raritymine." | https://securitize.io/learn/about-tokenization |
| | The PowerPoint repeatedly describes Securitize as issuing, managing, and administering tokenized assets across a wide range of asset classes, effectively operating a centralized digital repository of scarce and valuable assets. | PowerPoint Slides 5, 6, 18 |

4

4926-7712-7563 v1

| "…configured for visualization by sellers and buyers …" | Securitize's platform provides dashboards, investor portals, and trading interfaces that allow issuers (sellers) and investors (buyers) to view tokenized assets, ownership interests, and market data prior to and during trading. | https://securitize.io/ |
| --- | --- | --- |
| | The PowerPoint confirms that Securitize supports distribution, onboarding, and secondary trading, enabling both sides of a transaction to visualize and interact with assets in the platform. | PowerPoint Slides 11, 18 |
| "…of raritybits …" | Securitize creates fractionalized digital tokens representing ownership interests in underlying assets. These fractionalized token units correspond directly to the claimed "raritybits." | https://securitize.io/learn /about-tokenization |
| | Tokenization benefits described by Securitize include fractional ownership, peer-to-peer transfers, and programmable ownership rights, all of which align with the concept of raritybits as defined in the specification | PowerPoint Slides 12, 13 |
| "…in the raritymine." | The tokenized assets and fractional ownership units are issued, stored, managed, and traded within Securitize's on-chain platform infrastructure, which functions as the raritymine from which raritybits are issued and exchanged. | https://securitize.io/ |
| | Securitize's vertically integrated, regulated stack (transfer agent, broker-dealer, ATS, fund administration) confirms that all asset issuance, custody, and trading | PowerPoint Slides 18, 19 |

5

6

| | occur within the same controlled platform environment. | |
|---|---|---|

4926-7712-7563 v1

**U.S. PATENT NO. 8,015,069 — INFRINGEMENT CLAIM CHART**

**'069 CLAIM 1 — Claim Chart**

| Claim 1 Limitation | Securitize Infringement Mapping | Supporting Evidence / Citations |
|---|---|---|
| Preamble: "A method for obtaining, maintaining and controlling an exchange for tangible assets over a global computer network" | Securitize performs a computer-implemented method for obtaining, maintaining, and controlling an exchange for tangible real-world assets, including physical artworks, via a global computer network. For example, the Strada Digital Masterpieces fund represents ownership interests in tangible art assets obtained, maintained, and exchanged using Securitize's Internet-based platform. | https://securitize.io/; https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| introducing at least one secure central control manager computer system in secure electronic communication with remote computer systems over the global computer network | Securitize operates a secure, centralized platform infrastructure (cloud servers, smart contracts, investor portals) that securely communicates with remote issuer and investor systems over the Internet. | https://securitize.io/learn/about-tokenization |
| programming the central control manager computer system to initially identify, create and store one or more art assets | In the Strada Digital Masterpieces offering, Securitize's system digitally identifies and stores data corresponding to physical artworks held by the fund as tokenized securities representing those artworks. | https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| allowing the central control manager computer system to create and store one or more art asset pools based upon each art asset | The Strada Digital Masterpieces fund constitutes an art asset pool, pooling dozens of physical artworks into a single tokenized investment vehicle created and maintained on Securitize's platform. | https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| adapting the central control manager computer system to identify, obtain and store appraisal values, authenticity data, and appraisal-related data … and display a dynamic art asset appraisal value | The Strada fund relies on professional appraisal and provenance data (e.g., Winston Art Group). Securitize's platform stores and displays ongoing valuation metrics (NAV) for the art fund, which change over time, constituting a dynamic appraisal value. | https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |

7

4926-7712-7563 v1

| programming the central control manager computer system to generate recommendations relating to buying, selling or maintaining ownership interests | Securitize provides offering materials, investor dashboards, and secondary trading interfaces that guide investors' decisions to buy, sell, or hold ownership interests in the art fund tokens. | https://securitize.io/ |
|---|---|---|
| for each art asset pool, creating a pre-defined number of ownership units and an initial ownership price per unit | Securitize issued a fixed number of digital tokens representing fractional ownership in the Strada art fund, each with an initial offering price based on the underlying art portfolio valuation. | https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/ |
| programming the central control manager computer system to create, manage and coordinate ownership interests of each art asset pool | Securitize manages issuance, ownership records, compliance, transfers, and lifecycle events for the art fund tokens, coordinating ownership interests centrally. | https://securitize.io/ |
| creating and transmitting an initial price offering communication and securely receiving and transacting orders | Securitize transmitted digital offering communications for the Strada art fund and securely received and processed investor subscription orders through its platform. | https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/ |
| continuously and dynamically identifying and storing art asset pool values and switching ownership units based on triggering events | Securitize continuously tracks valuation and ownership data and enables secondary market trading, whereby ownership units dynamically switch among investors in response to market and transaction triggers. | https://www.marketsmedia.com/securitize-surges-past-1bn-in-on-chain-issuances/ |

8

**'069 -- CLAIM 16 – Claim Chart**

| Claim 16 Limitation | Securitize Infringement Mapping | Supporting Evidence / Citations |
|---|---|---|
| Preamble: "A system for creating and maintaining an art asset exchange over a global computer network" | Securitize provides a system for creating and maintaining an exchange for art assets, as demonstrated by its role in the Strada Digital Masterpieces tokenized art fund, which enables issuance, valuation, ownership tracking, and exchange of interests in physical artworks over the Internet. | https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| at least one encryptable central control manager computer in secure electronic communication with remote computers | Securitize's secure platform infrastructure communicates with issuer and investor computers over the global network. | https://securitize.io/ |
| identify, create and store one or more art assets and create at least one art asset pool | The Strada art fund digitally represents and stores multiple physical artworks in a pooled structure on Securitize's platform. | https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| identify, store and display a dynamic art asset appraisal value | Securitize displays valuation/NAV data for the art fund that changes over time based on appraisal and market factors. | https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |
| create a pre-defined number of ownership units and an initial ownership price per unit | Securitize issued a defined number of art fund tokens with an initial offering price tied to the portfolio's value. | https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/ |
| create and transmit an asset marketization communication and securely receive and transact orders | Securitize transmitted offering communications and processed investor orders for the art fund via its secure issuance system. | https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/ |
| dynamically identify, store and compare art asset pool values and automatically switch ownership units | Securitize's system continuously tracks token values and facilitates ownership changes through automated secondary trading mechanisms. | https://www.marketsmedia.com/securitize-surges-past-1bn-in-on-chain-issuances/ |

9

4926-7712-7563 v1

**'069 Claim 23 — Claim Chart**

| Claim 23 Limitation | Securitize Infringement Mapping | Evidence / Citation |
|---|---|---|
| Preamble: "A secure art asset exchange system in communication with a global computer network" | Securitize provides a secure digital tokenization and trading platform accessible via the Internet that supports exchange-like functions (issuance, ownership transfer, order handling) for tokenized real-world assets including art funds, satisfying the preamble as a secure art asset exchange system. | https://securitize.io/ |
| "generate, characterize and store at least one art asset in a database" | The Securitize platform, in offerings such as the Strada Digital Masterpieces tokenized art fund, stores digital representations and metadata of underlying physical artworks and related asset data in its backend systems and on-chain ledgers. | https://securitize.io/learn/about-tokenization |
| "place each art asset in a pre-defined art asset pool" | The Strada art fund effectively constitutes a pooled art asset structure, where ~65 artworks are bundled into a single pooled investment vehicle that Securitize's platform manages for token issuance and trading. | https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| "assign a pre-determined number of ownership units to the art asset pool" | Securitize issues a defined number of fractional ownership tokens (security tokens) representing interests in the Strada art pool with initial allotments corresponding to the pooled portfolio. | https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| "appraise each art asset and each art asset pool" | The Strada art fund's valuation is based on art appraisals and provenance information (*e.g.*, from Winston Art Group), with Securitize's platform capturing and presenting valuation metrics (NAV) for investor consumption. | https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/ |
| "place each art asset into an art asset pool for asset marketization" | The pooling and marketization of the Strada art assets on Securitize's platform, via issuance and secondary trading, places the assets into a marketed investment structure, satisfying this element. | https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |

10

| "generate dynamic market information … based upon a comparison of one or more art asset appraisals with one or more art asset market demands" | Securitize's investor dashboard and analytics for tokenized funds provide investors with ongoing dynamic valuation information (e.g., NAV fluctuations reflecting market conditions) that are derived from appraisal and trading demand signals. | https://securitize.io/learn/about-tokenization |
|---|---|---|
| "dynamically determine whether any art asset pool is increasing, decreasing or maintaining an approximately constant value" | Securitize's system tracks token market activity and valuation measures over time, enabling determination of asset pool performance (increasing, decreasing, stable) via price movement and NAV reporting. | https://www.marketsmedia.com/securitize-surges-past-1bn-in-on-chain-issuances/ |

11

4926-7712-7563 v1