# EXHIBIT H
# CLAIM CHARTS

**U.S. PATENT NO. 10,825,090— INFRINGEMENT CLAIM CHART**

**'090  CLAIM 1 — Claim Chart**

| Claim 1 Limitation | Securitize Infringement Mapping | Evidence / Citation |
|---|---|---|
| Preamble: "A virtual merchandising mart comprising a simulated trading center …" | The Securitize platform is a virtual merchandising mart expressly designed to serve as a simulated trading center for digital representations of assets, enabling issuers and investors to interact, transact, and exchange tokenized assets in a virtual environment rather than a physical marketplace. | https://securitize.io/ |
| | Securitize's own materials describe the platform as a comprehensive end-to-end trading and distribution environment, including issuance, asset servicing, onboarding, and secondary trading via a regulated ATS, which constitutes a simulated trading center. | Exhibit H-1 -- Securitize PowerPoint Slide 4 (Investment Highlights); PowerPoint Slide 18<br><br>PPT LINK: <assets/d39b51a544e84e2fbb2445f58c6c6f2c/efd85c0024574edc9bb8fb0e44700a07> |
| "…wherein a virtual three-dimensional depiction of one or more rarity assets …" | Securitize expressly states that tokenization "brings global finance on-chain and enables digital representations of traditional investments." These digital representations are three-dimensional virtual depictions of real-world assets within the platform environment. Such digital representations include three-dimensional visualizations consistent with industry practice and the claimed limitation.  Ex. A, Col. 8: 35–38. *See* Exhibit H-2; Exhibit H-3. In addition, the Securitize investor portal displays asset depictions with visual depth, layered information overlays, and spatially | Exhibit H-1 -- Securitize PowerPoint Slide 12 ("Brings global finance onchain and enables digital representations of traditional investments"); |

2

| | composed gallery views that present assets in a manner having the appearance of length, width, and depth — satisfying the patent's requirement for a "virtual three-dimensional depiction." *See*Furthermore, the following screenshot demonstrates an investor-facing application interface in which the offering is presented together with a virtual gallery-style three-dimensional depiction of the underlying real-world asset. The depicted gallery view exhibits spatial composition and multiple viewpoints consistent with a digitally rendered or virtualized exhibition representation. This embodiment constitutes evidence that the platform provides virtualized visual renderings and related application-level presentation to enhance investor knowledge and diligence regarding RWAs offered and traded through the platform. The screenshot is from Winston Artory Group's platform, which utilizes the Securitize platform to display art assets with spatial depth and gallery-style three-dimensional composition. | |

3



The screenshot above is from Winston Artory Group's platform, which utilizes the securitize Platform. *See* Exhibit H-2 – https://www.wag-art.com/services/collection-data-service



*See* Exhibit H-3.

|  | Securitize is widely integrated with the digital asset ecosystem, including blockchains, custodians, DeFi protocols, and on-chain infrastructures that adopt visualization and representation of digital assets, including 3-D asset depictions.<br><br>Securitize and many of its integrated platform partners provide additional | Exhibit H-1, Securitize PowerPoint Slides 12 and 21. |
|---|---|---|

| | three-dimensional digital representations of assets. Securitize expressly states that tokenization "brings global finance onchain" and enables digital representations of traditional investments, and further discloses that its platform is widely integrated with the digital asset ecosystem, including public blockchains and institutional custodians. These integrations include various partners including: Ethereum, Fireblocks, Anchorage Digital, and other blockchain-native infrastructure providers that are capable of, and commonly used for, rendering, visualizing, and interacting with digital asset representations, including three-dimensional depictions.<br><br>Accordingly, Securitize's platform, both directly and through its integrated partners, enables buyers and sellers to visualize rarity assets in virtual, three-dimensional form within the platform environment. | |
|---|---|---|
| | | |



| "…of one or more rarity assets included in a raritymine …" | Securitize tokenizes and aggregates real-world assets (RWAs) — including equities, fixed income, private credit, alternative assets, and other non-fungible or scarce assets — into on-chain structures that function as digital asset repositories, which fall well within the definition of the claimed "raritymine." The '090 patent defines a "raritymine" as "a rarity asset, pool of rarity assets, or a rarity classification of assets." Ex. A, Col. 6: 8–11. In addition, Securitize indicates that RWAs include tangible and intangible assets. | *See* Exhibit H-4 -- https://securitize.io/learn/about-tokenization |
|---|---|---|
| | The PowerPoint repeatedly describes Securitize as issuing, managing, and administering tokenized assets across a wide range of asset classes, effectively operating a centralized digital repository of scarce and valuable assets. | Exhibit H-1, PowerPoint Slides 5, 6, 18 |
| "…configured for visualization by sellers and buyers …" | Securitize's platform provides dashboards, investor portals, and trading interfaces that allow issuers (sellers) and investors (buyers) to view tokenized assets, ownership interests, and market data prior to and during trading. | https://securitize.io/ |
| | The PowerPoint confirms that Securitize supports distribution, onboarding, and secondary trading, enabling both sides of a transaction to visualize and interact with assets in the platform. | Exhibit H-1, PowerPoint Slides 11, 18 |

8

| "…of raritybits …" | Securitize creates fractionalized digital tokens representing ownership interests in underlying assets. These fractionalized token units correspond directly to the claimed "raritybits." The '090 patent defines "raritybits" as "ownership units for rarity assets" that "can be in the form of stocks, bonds, percentages, or any other appropriate unit of ownership." Ex. A, Col. 6: 18–22. | Exhibit H-4 https://securitize.io/learn/about-tokenization |
| --- | --- | --- |
| | Tokenization benefits described by Securitize include fractional ownership, peer-to-peer transfers, and programmable ownership rights, all of which align with the concept of raritybits as defined in the specification. | Exhibit H-1, PowerPoint Slides 12, 13 |
| "…in the raritymine." | The tokenized assets and fractional ownership units are issued, stored, managed, and traded within Securitize's on-chain platform infrastructure. The asset or asset pools on the network function as the raritymine from which raritybits are issued and exchanged by Securitize. | https://securitize.io/ |
| | Securitize's vertically integrated, regulated stack (transfer agent, broker-dealer, ATS, fund administration) confirms that all asset issuance, custody, and trading occur within the same controlled platform environment. | Exhibit H-1, PowerPoint Slides 18, 19 |

U.S. PATENT NO. 8,015,069 — INFRINGEMENT CLAIM CHART

'069 CLAIM 1 — Claim Chart

| Claim 1 Limitation | Non Limiting Example of Securitize Infringement | Supporting Evidence / Citations |
|---|---|---|
| Preamble: "A method for obtaining, maintaining and controlling an exchange for tangible assets over a global computer network" | Securitize performs a computer-implemented method for obtaining, maintaining, and controlling an exchange for tangible real-world assets, including physical artworks, via a global computer network. For example, the Strada Digital Masterpieces fund represents ownership interests in tangible art assets obtained, maintained, and exchanged using Securitize's Internet-based platform. | https://securitize.io/; <br><br> Exhibit H-5 https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| "introducing at least one secure central control manager computer system in secure electronic communication with remote computer systems over the global computer network" | Securitize operates a secure, centralized platform infrastructure (cloud servers, smart contracts, investor portals) that securely communicates with remote issuer and investor systems over the Internet. Securitize's platform is SEC-registered and employs encryption, secure login protocols, and institutional-grade custody integrations to maintain secure electronic communication over the global computer network. | Exhibit H-4, https://securitize.io/learn/about-tokenization |
| "programming the central control manager computer system to initially identify, create and store one or more art assets" | In the Strada Digital Masterpieces offering, Securitize's system digitally identifies and stores data corresponding to physical artworks held by the fund as tokenized securities representing those artworks. | Exhibit H-5, https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ <br><br> Exhibit H-6, https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |
| "allowing the central control manager computer system to create and store one or more art asset pools | The Strada Digital Masterpieces fund constitutes an art asset pool, pooling dozens of physical artworks into a single tokenized investment vehicle created and | Exhibit H-5, https://www.ledgerinsights.com/apex- |

10

| based upon each art asset, the central control manager computer system characterizing and storing pool information corresponding to each pool created" | maintained on Securitize's platform. In addition, "each art piece is tokenized and automatically fractionalized so that an individual piece of art can be represented by multiple shares." Securitize's platform characterizes and stores pool information for each pool created, including the pool's composition, asset descriptions, artist information, provenance records, valuation data, and ownership structure. | securitize-tokenized-art-fund/<br><br>Exhibit H-6, https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |
|---|---|---|
| "adapting the central control manager computer system to identify, obtain and store one or more approximate appraisal values, authenticity data and appraisal-related data for each art asset within each art asset pool, and based upon the approximate appraisal values, allowing the central control manager computer system to calculate, store and display a dynamic art asset appraisal value" | The Strada fund relies on professional appraisal and provenance data (e.g., Winston Art Group, which performs over $10 billion in annual appraisals). Securitize's platform identifies, obtains, and stores appraisal values, authenticity data (including certificates of authenticity and provenance records), and appraisal-related data for each art asset within the fund. Based upon these appraisal values, Securitize's platform calculates, stores, and displays ongoing valuation metrics (NAV) for the art fund, which change over time, constituting a dynamic art asset appraisal value. | Exhibit H-6, https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002<br><br>Exhibit H-1 -- Securitize PowerPoint Slide 33 (Securitize NAV calculations) |
| "programming the central control manager computer system to generate recommendations relating to buying, selling or maintaining ownership interests in each art asset pool" | Securitize provides offering materials, investor dashboards, and secondary trading interfaces that guide investors' decisions to buy, sell, or hold ownership interests in the art fund tokens. The platform's analytics, NAV reporting, and portfolio performance displays function as recommendations relating to buying, selling, or maintaining ownership interests in each art asset pool. | https://securitize.io/<br><br>Exhibit H-1 -- Securitize PowerPoint Slide 33 (Securitize NAV calculations) |
| "for each art asset pool created, allowing the central control manager computer system to create a pre-defined number of ownership units, and allowing the central | Securitize issues a fixed number of digital tokens representing fractional ownership in the Strada art fund, each with an initial offering price corresponding to the underlying art portfolio appraisal valuation. The $25 million fund was divided into a pre-defined number of | Exhibit H-7, https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/<br><br>Exhibit H-6, |

| control manager computer system to create an initial ownership price per unit corresponding to asset appraisal values" | ownership units priced in correspondence with the asset appraisal values obtained from Winston Art Group. | https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |
|---|---|---|
| "programming the central control manager computer system to create, manage and coordinate ownership interests of each art asset pool created" | Securitize manages issuance, ownership records, compliance, transfers, and lifecycle events for the art fund tokens, coordinating ownership interests centrally. Securitize's transfer agent and fund administration services create, manage, and coordinate all ownership interests of each art asset pool created on the platform. | https://securitize.io/ |
| "adapting the central control manager computer system to create and transmit an initial price offering communication to one or more potential art investors over the global computer network at a pre-defined time, the initial price offering communication including a description of the art asset pool and the initial ownership price per unit; allowing the central control manager computer system to securely receive and transact orders from the potential art investors" | Securitize created and transmitted digital offering communications for the Strada art fund to potential art investors over the global computer network, including a description of the art asset pool (comprising ~65 physical artworks curated by Winston Art Group) and the initial ownership price per unit (based on a $25 million fund valuation). Securitize's platform securely received and processed investor subscription orders from potential art investors. | Exhibit H-7, https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/ |
| "programming the central control manager computer system to continuously and dynamically identify and store art asset pool values to determine whether the art asset pool value is increasing, decreasing or maintaining an approximately constant value; and allowing the | Securitize continuously and dynamically tracks valuation and ownership data to determine whether art asset pool values are increasing, decreasing, or maintaining an approximately constant value, through NAV calculations, price movement tracking, and market analytics. Securitize enables secondary market trading whereby ownership units dynamically switch among investors in response to market and transaction triggers. | *See* Exhibit H-8, https://www.marketsmedia.com/securitize-surges-past-1bn-in-on-chain-issuances/ <br><br> Exhibit H-9, https://www.sec.gov/files/ctf-written-input-securitize-050725.pdf |

| central control manager computer system to switch ownership units amongst art asset pools based upon a pre-defined triggering threshold event" | Furthermore, Securitize states that "tokenization allows for the automated programmatic buying and selling of securities, enabling investors to effect tailored conditional trading strategies." *Exhibit H-9* at 9. Securitize's platform enables the switching of ownership units amongst different art asset pools based upon pre-defined triggering threshold events, including automated rebalancing, NAV-triggered redemptions, and secondary market transactions that transfer ownership interests from one tokenized asset pool to another. | |

13

**'069 -- CLAIM 16 – Claim Chart**

| Claim 16 Limitation | Securitize Infringement Mapping | Supporting Evidence / Citations |
|---|---|---|
| Preamble: "A system for creating and maintaining an art asset exchange over a global computer network, the system comprising at least one encryptable central control manager computer in secure electronic communication with remote computers over the global computer network, the central control manager computer being programmed to:" | Securitize provides a system for creating and maintaining an exchange for art assets over a global computer network, as demonstrated by its role in the Strada Digital Masterpieces tokenized art fund, which enables issuance, valuation, ownership tracking, and exchange of interests in physical artworks over the Internet. Securitize's platform comprises a secure, encryptable central control manager computer system (including cloud servers, smart contracts, and investor portals) in secure electronic communication with remote issuer and investor computers over the global computer network.<br><br>Includes a "cryptographically secure ledger." *Exhibit H-1* at 12.<br><br>Securitize has "encryption, multi-signature wallets, and strong authentication protocols." *Exhibit H-9* at 7. | Exhibit H-5 — Ledger Insights, https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/<br><br>https://securitize.io/<br><br>Exhibit H-1 — Securitize Investor PowerPoint, Slides 12, 18, 19<br><br>Exhibit H-9, https://www.sec.gov/files/ctf-written-input-securitize-050725.pdf |
| "identify, create and store one or more art assets in a database, to create, store and manage at least one art asset pool containing one or more of the art assets based on a pre-defined criteria" | Securitize's platform identifies, creates, and stores art asset data in its database and on-chain ledger systems. The Strada art fund digitally represents and stores multiple physical artworks in a pooled structure on Securitize's platform. Securitize creates, stores, and manages the art asset pool based on pre-defined criteria, including artist selection criteria defined by Winston Art Group (spanning blue-chip, mid-career, and emerging artists), | Exhibit H-5 — Ledger Insights, https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/<br><br>Exhibit H-6 — Securitize Medium Article, https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |

14

| | diversification parameters, and fund structure requirements specified in the offering documents. | |
|---|---|---|
| "identify, store and display a dynamic art asset appraisal value" | Securitize identifies, stores, and displays valuation/NAV data for the art fund that changes over time based on appraisal and market factors, constituting a dynamic art asset appraisal value. Winston Art Group provides ongoing appraisal data that is stored and dynamically displayed through Securitize's investor dashboard. | Exhibit H-6 — Securitize Medium Article, https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002

Exhibit H-2 — Winston Artory Group, https://www.wag-art.com/services/collection-data-service |
| "create a pre-defined number of ownership units for each art asset pool created, and approximately concurrently create an initial ownership price per unit corresponding to the dynamic art asset appraisal value" | Securitize issued a pre-defined number of art fund tokens for the Strada art asset pool. Approximately concurrently with creating the ownership units, Securitize created an initial ownership price per unit corresponding to the dynamic art asset appraisal value derived from Winston Art Group's professional appraisals of the ~65 artworks in the portfolio. | Exhibit H-7 — Cities ABC, https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/

Exhibit H-6 — Securitize Medium Article, https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |
| "create and transmit an asset marketization communication to one or more potential art investors over the global computer network, and subsequently securely receive and transact orders from the potential art investors" | Securitize creates and transmits asset marketization communications (offering documents and subscription materials) to potential art investors over the global computer network. Securitize subsequently securely received and transacted investor orders through its platform's SEC-registered broker-dealer and ATS infrastructure. | Exhibit H-7 — Cities ABC, https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/

Exhibit H-5 — Ledger Insights, https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |

15

| | | |
|---|---|---|
| "dynamically identify, store and compare art asset pool values to determine whether the art asset pool value is increasing, decreasing or maintaining an approximately constant value; and automatically switch ownership units amongst art asset pools based upon a pre-defined triggering threshold event" | Securitize's system dynamically identifies, stores, and compares art asset pool values to determine whether the pool value is increasing, decreasing, or maintaining an approximately constant value, through continuous NAV tracking, price movement analytics, and market demand monitoring.<br><br>Furthermore, Securitize states that "tokenization allows for the automated programmatic buying and selling of securities, enabling investors to effect tailored conditional trading strategies." *Exhibit H-9 at 9.*<br><br>Securitize's platform facilitates the automatic switching of ownership units amongst art asset pools based upon pre-defined triggering threshold events, through its automated secondary trading infrastructure, including ATS-facilitated transfers, NAV-triggered rebalancing, and programmatic redemption/subscription mechanisms that transfer ownership interests between tokenized asset pools. | Exhibit H-8 — Markets Media, https://www.marketsmedia.com/securitize-surges-past-1bn-in-on-chain-issuances/<br><br>Exhibit H-9 — Securitize SEC Submission, https://www.sec.gov/files/ctf-written-input-securitize-050725.pdf |

16

**'069 Claim 23 — Claim Chart**

| Claim 23 Limitation | Securitize Infringement Mapping | Evidence / Citation |
|---|---|---|
| Preamble: "A secure art asset exchange system in communication with a global computer network, the system comprising a central control manager computer in communication with the global computer network, the central control manager computer programmed to:" | Securitize provides a secure art asset exchange system in communication with the global computer network (the Internet). The system comprises Securitize's central control manager computer infrastructure (cloud servers, smart contracts, backend databases) in communication with the global computer network, programmed to perform the functions set forth below. | Securitize Website, https://securitize.io/

Exhibit H-1 — Securitize Investor PowerPoint, Slides 18, 19 |
| "generate, characterize and store at least one art asset in a database, place each art asset in a pre-defined art asset pool, and assign a pre-determined number of ownership units to the art asset pool" | The Securitize platform generates, characterizes, and stores art asset data (including digital representations, metadata, provenance records, and asset descriptions) for artworks in the Strada Digital Masterpieces fund in its backend database systems and on-chain ledgers. Securitize places each art asset into the Strada pre-defined art asset pool, where ~65 artworks are bundled into a single pooled investment vehicle. Securitize assigns a pre-determined number of ownership units (fractional security tokens) to the art asset pool, with initial allotments corresponding to the pooled portfolio valuation. | Exhibit H-4 — Securitize "Learn About Tokenization," https://securitize.io/learn/about-tokenization

Exhibit H-7 — Cities ABC, https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/

Exhibit H-5 — Ledger Insights, https://www.ledgerinsights.com/apex-securitize-tokenized-art-fund/ |
| "appraise each art asset and each art asset pool, place each art asset into an art asset pool for asset marketization, generate dynamic market information based upon a comparison of one or more art asset appraisals with one or more art asset market demands, and dynamically | The Strada art fund's valuation is based on art appraisals and provenance information (e.g., from Winston Art Group), with Securitize's platform appraising each art asset and each art asset pool. Securitize places each art asset into the art asset pool for asset marketization through issuance and secondary trading on its platform. Securitize's investor dashboard and | Exhibit H-6 — Securitize Medium Article, https://medium.com/securitize/investing-in-art-with-a-new-kind-of-tokenized-fund-93f92f25d002 |

17

| | | |
|---|---|---|
| determine whether any art asset pool is increasing, decreasing or maintaining an approximately constant value" | analytics generate dynamic market information based upon a comparison of art asset appraisals (NAV derived from Winston Art Group data) with art asset market demands (investor interest, trading volume, and subscription activity). Securitize's system dynamically determines whether the art asset pool is increasing, decreasing, or maintaining an approximately constant value through continuous NAV tracking and price movement reporting. | Exhibit H-7 — Cities ABC, https://www.citiesabc.com/pitch-new-25-million-tokenized-art-fund/<br><br>Exhibit H-4 — Securitize "Learn About Tokenization," https://securitize.io/learn/about-tokenization<br><br>Exhibit H-1 — Securitize Investor PowerPoint, Slides 11, 18, 31 |
| "automatically switch ownership units amongst art asset pools based upon a pre-defined triggering threshold event" | Securitize's platform enables the automatic switching of ownership units amongst art asset pools based upon pre-defined triggering threshold events.<br><br>Furthermore, Securitize states that "tokenization allows for the automated programmatic buying and selling of securities, enabling investors to effect tailored conditional trading strategies." *Exhibit H-9* at 9.<br><br>Through its automated secondary trading infrastructure — including ATS-facilitated transfers, NAV-triggered redemption and subscription mechanisms, and programmatic rebalancing capabilities — Securitize's system transfers ownership interests between tokenized asset pools when pre-defined triggering conditions are met, such as NAV threshold breaches, market demand shifts, or investor-directed conditional trading strategies. | Exhibit H-8 — Markets Media, https://www.marketsmedia.com/securitize-surges-past-1bn-in-on-chain-issuances/<br><br>Exhibit H-9 — Securitize SEC Submission, https://www.sec.gov/files/ctf-written-input-securitize-050725.pdf |

18